IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:22-cv-20258

SEBRINA HILL, individually and on
Behalf of all others similarly situated,

       Plaintiff,

v.

BADIA SPICES, INC.,

       Defendant.
_____/

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION
OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

    Defendant, Badia Spices, Inc. ("Badia"), pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), moves, unopposed, for an enlargement of time within which to respond to Plaintiff's Complaint through and including March 11, 2022, and in support states as follows:

    1.    Badia's response to Plaintiff's Complaint is presently due on February 24, 2022.

    2.    In the Complaint, Plaintiff asserts three causes of action against Badia, including class action claims on behalf of a nationwide and Ohio class. In order to investigate the factual allegations and prepare Badia's defense of the case, Badia seeks an extension of time to respond to the Complaint.

    3.    Specifically, Badia requests an extension of time through and including March 11, 2022 to respond to Plaintiff's Complaint.

    4.    Federal Rule of Civil Procedure 6(b)(1)(A) provides for an extension of time "[w]ith or without motion or notice if the court acts, or if a request is made, before the original

1

time or its extension expires." Fed. R. Civ. P. 6(b)(1)(A). The time to respond to the Complaint has not yet expired.

5. No party will be prejudiced by the Court's granting of the requested extension of time and the request is not made for purposes of delay.

6. Plaintiff does not oppose the relief requested.

7. Pursuant to Local Rule 7.1, a proposed order is attached as Exhibit A.

WHEREFORE, Defendant, Badia respectfully requests this Court enter an Order extending the time within which it may respond to Plaintiff's complaint through and including March 11, 2022.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Southern District of Florida Local Rule 7.1(a)(3), the undersigned counsel for Badia conferred with counsel for Plaintiff, Jacob Phillips, and Plaintiff's counsel advises that they have no objection to the relief sought.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 22nd day of February 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel on the attached Service List.

/s/ *Samantha C. Duke*
DANIEL J. GERBER
Florida Bar No. 0764957
dgerber@rumberger.com
dgerbersecy@rumberger.com;
SAMANTHA DUKE
Florida Bar No. 0091403
sduke@rumberger.com
sdukesecy@rumberger.com
SARA L. KALLOP
Florida Bar No.: 1018619
skallop@rumberger.com;
skallopsecy@rumberger.com
RUMBERGER, KIRK & CALDWELL
Lincoln Plaza, Suite 1400
300 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
Tel:: (407) 872-7300
Fax: (407) 841-2133

And

SUZANNE A. SINGER
Florida Bar No.: 0957150
E-mail: ssinger@rumberger.com (primary)
docketingmiami@rumberger.com and
ssingersecy@rumberger.com (secondary)
RUMBERGER, KIRK, & CALDWELL, P.A.
A Professional Association
Brickell City Tower, Suite 3000
80 Southwest 8th Street
Miami, Florida 33130-3037
Tel: 305.358.5577
Fax: 305.371.7580

*Attorneys for Defendant*

## SERVICE LIST

Jake Phillips, Esq.
Normand PLLC
3165 McCrory Place, Suite 175
Orlando, FL 32803
Email: Jacob.phillips@normandpllc.com
jacob@ecf.courtdrive.com;
service@normandpllc.com;
ean@normandpllc.com;

Jonathan Shub*
Kevin Laukaitis
Shub Law Firm LLC
134 Kings Highway E., 2nd Floor
Haddonfield, NY 08033
Email: klaukaitis@shublawyers.com;
jshub@shublawyers.com;

Gary E. Mason*
Mason Lietz & Klinger, LLP
5101 Wisconsin Avenue, N.W.
Suite 305
Washington, DC 20016
Email: gmason@masonllp.com
smartin@masonllp.com;
1175880420@filings.docketbird.com;
theath@masonllp.com;

Gary M. Klinger*
Mason Lietz & Klinger, LLP
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Email: glklinger@masonllp.com
smartin@masonllp.com,6837213420@filings.docketbird.com;
theath@masonllp.com;

*pro hac vice to be filed

Attorneys for the Plaintiff and the Putative Classes